UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPECIALISTS MARKETING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MACHINTEL, <br><br> Defendant. | Civil Action No. 25-1528 (JXN)(AME) <br><br> **ORDER** |

**NEALS**, District Judge

Before the Court is Plaintiff Specialists Marketing Services, Inc.'s ("Plaintiff") motion for entry of default judgment (ECF No. 9) pursuant to Federal Rule of Civil Procedure[1] 55(b)(2) against Defendant Machintel ("Defendant"). The Court has carefully considered Plaintiff's submissions and decides this matter without oral argument pursuant to Rule 78 and Local Civil Rule 78.1. For the reasons stated in the accompanying Opinion,

IT IS on this **19th** day of March 2026

**ORDERED** that:

1.  Plaintiff's motion for default judgment (ECF No. 9) is **GRANTED**;

2.  Plaintiff shall have thirty (30) days from the date of this Order to provide adequate supplemental documentation in support of the amount of damages, attorneys' fees, costs, and interest sought; and

---

[1] "Rule" or "Rules" hereinafter refer to the Federal Rules of Civil Procedure.

3.  The Court **RESERVES** decision on the amount of damages, attorneys' fees, costs, and interest pending the Court's review and receipt of supplemental documentation.

_____
JULIEN XAVIER NEALS
United States District Judge

2